FILED
CHARLOTTE, NC
DEC 02 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

District of Western North Carolina

Division Charlotte

Case No. 3:20cv665
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Eric S. Erickson

-v-

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Queens University of Charlotte,
Lesia G Finney
Imonel Thrower
Marcella Wallace

Jury Trial: *(check one)*    Yes    (No)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**The Parties to This Complaint**

A. The Plaintiff(s) MR. Eric S. Erickson

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name MR Eric S. Erickson
Street Address P.O.B 242401
City and County Charlotte
State and Zip Code NC 28224
Telephone Number 704 236-9496
E-mail Address serickson1996@gmail.com

B. The Defendant(s) Queens University of Charlotte, NC

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name Raymond "Ray" Thrower
Job or Title (if known) Vice President of Campus Police
Street Address 1900 Selwyn Ave Charlott
City and County Charlotte/NC Mecklenburg
State and Zip Code NC 28274
Telephone Number 704 337-2306
E-mail Address (if known) ThrowerR@queens.edu

Defendant No. 2

Name Lesia G. Finney
Job or Title (if known) Chief of Police
Street Address 1900 Selwyn Ave
City and County Charlotte, Mecklenburg
State and Zip Code North Carolina, 28274
Telephone Number 704 337-2306
E-mail Address (if known) FinneyL@queens.edu

Defendant No. 3

Name Sgt. Marcella Wallace
Job or Title (if known) Sergeant
Street Address 1900 Selwyn Ave
City and County Charlotte Mecklenburg
State and Zip Code North Carolina
Telephone Number 704 337-2306
E-mail Address (if known) WallaceM2@queens.edu

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name Queens University of Charlotte
Street Address 1900 Selwyn Ave
City and County Charlotte, Mecklenburg
State and Zip Code North Carolina 28274
Telephone Number 704-~~227~~-337-2306

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

Other federal law *(specify the federal law)*:

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

> Failure to hire me.
>
> Termination of my employment.
>
> (Failure to promote me.) ✓
>
> Failure to accommodate my disability.
>
> Unequal terms and conditions of my employment.
>
> (Retaliation.) ✓
>
> Other acts *(specify)*: Harassment
>
> *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) ON or About 2/19/2018 — July and August 2019, December 6 2019 And on About August 2020,

C. I believe that defendant(s) *(check one)*:

> is/are still committing these acts against me.
>
> is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

> (race) ✓
>
> (color) ✓



Case 3:20-cv-00665-MOC-DSC   Document 1   Filed 12/02/20   Page 4 of 9

        gender/sex

        religion

        national origin

        (age (year of birth)) 1964     (only when asserting a claim of age discrimination.)

        disability or perceived disability (specify disability)

E.    The facts of my case are as follows. Attach additional pages if needed.

(1) I was hired by Queens University of Charlotte, on or about February 19, 2018 as a public safety officer. On or about October 23rd 2018 I was sworn in as an University Campus police officer. Throughout my tenure, I have been passed over four times for a promotion, each time by a less quailified, but of a different race and sex, have been promoted.

(2) On or about August 2019, I complained to Human Resources about racial Discrimination and harassment. On or about December 6, 2019, all parties attended mediation and in the conclusion of the racial matter, the defendant Sgt Marcella Wallace denied making any racially charged comments in July/August 2019, We agreed to disagree, On or about July 25 2020, I Constructively Discharged due to lack of response from my constant complaints of harassment to Human Resources.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV.   **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B.    The Equal Employment Opportunity Commission *(check one)*:

        has not issued a Notice of Right to Sue letter.

        issued a Notice of Right to Sue letter, which I received on *(date)*            .

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

        Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        60 days or more have elapsed.

        less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-2-2020

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff Eric S. Erickson

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number  Pro se

Name of Law Firm

Street Address P.O. B 24240 I CHArlotte

State and Zip Code NC 28224

Telephone Number 704.236-9496

E-mail Address SericKsoN1996@gmail.com.

12/2/2020

Continuation of the Facts of the Discrimination Case.

II) I was continued to be harassed by Campus Police, I was harassed on or about August 14th 2020 By Campus Police. I was no longer employed By Queens University of Charlotte, NC. July 25th 2020 was my Resignation date.

III) I believe I have been discriminated and Retaliated against Based on my race (Black), Sex (male), Color, in violation of Title VII of the Civil Rights Act of 1964, as Amended, And my Age (55), In violation of the Age Discrimination In Employment Act of 1967, as Amended,

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Queens University of Charlotte, NC
Vice President Raymond Thrower
Chief of Police Lesia G. Finney
Sergeant Marcella Wallace
1900 Selwyn Ave Charlotte, NC 28274

This the 2nd day of December, 20 20.

_____
Signature

Eric S. Erickson
(Print Name)