UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-665-MOC-DSC

| | |
|---|---|
| ERIC S. ERICKSON, | ) |
| | ) |
| Plaintiff, pro se, | ) |
| | ) |
| vs. | ) |
| | ) |
| QUEENS UNIV. CITY OF CHARLOTTE, et al., | ) **ORDER** |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the following motions: Defendants' Motion to Dismiss for Failure to State a Claim, (Doc. No. 4), Defendants' Motion to Dismiss, Motion to Consolidate this Case with 3:20cv730, (Doc. No. 11), Plaintiff's Pro Se Motion to Amend Complaint, (Doc. No. 13), and Defendants' Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, (Doc. No. 15).

The Court finds that this action shall be dismissed because, as Defendants note in their Motion to Dismiss, Motion to Consolidate, this action is almost identical to an earlier-filed action by Plaintiff, filed as Case Number 3:20cv730.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Dismiss/Consolidate, (Doc. No. 11), is **GRANTED** to the extent that this action is **DISMISSED**, and Plaintiff's claims shall proceed in the action listed as Case Number 3:20cv730. All other pending motions in this action shall be terminated.

Signed: February 2, 2021

Max O. Cogburn Jr.
United States District Judge