# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eric S. Erickson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00665-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Queens University of Charlotte | ) | |
| Marcella Wallace | | |
| Lesia Finney | | |
| Raymond Thrower, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2021 Order.

February 3, 2021

Frank G. Johns, Clerk
United States District Court